Blake Goodman
Bar Number: 7436
**Law Offices of Blake Goodman**
900 Fort St Mall Ste 910
Honolulu, HI 96813
Ph: (808) 528-4274
blake@debtfreehawaii.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| RIMON SLADE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br><br>SELF FINANCIAL, INC.<br><br>D/B/A LEAD BANK,<br><br><br>　　　　　Defendants. | Case No.: 1:24-cv-241<br><br><br><br>**Notice of Settlement** |

**NOTICE OF SETTLEMENT AS TO SELF FINANCIAL, INC. d/b/a LEAD BANK**

　　　Notice is hereby given that the Plaintiff and the Defendant, Self Financial, Inc. d/b/a Lead Bank, have settled this matter.  The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period.

DATED, this 29th day of July, 2024

　　　　　　　　　　　　　　　　　　　　　　*/s/Blake Goodman*
　　　　　　　　　　　　　　　　　　　　　　Blake Goodman

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on July 29, 2024 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Blake Goodman*
Blake Goodman