M. Hasan Siddiqui, Esq.
One University Plaza, Suite 620
Hackensack, NJ 07601
Phone: 201-282-6500
Fax: 201-282-6501
hsiddiqui@steinsakslegal.com
*Admitted Pro Hac Vice*
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| **RIMON SLADE,**<br><br>　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.;**<br>**SELF FINANCIAL, INC. D/B/A LEAD BANK,**<br><br>　　　　　　**Defendants.** | Case No.: 1:24-cv-241 |

## NOTICE OF VOLUNTARY DISMISSAL AS TO SELF FINANCIAL, INC.

## D/B/A LEAD BANK

Plaintiff Rimon Slade ("Plaintiff") and Defendant Self Financial, Inc. d/b/a Lead Bank ("Defendant"), have resolved their differences, by and through their respective counsels of record, that the above-captioned action, including the parties and claims alleged therein have resolved their differences and Plaintiff hereby agrees to voluntary dismissal with prejudice of Plaintiff's claims against the Defendant, Self Financial, Inc. d/b/a Lead Bank, in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i).

DATED, this 7th day of October 2024

　　　　　　　　　　　　　　　　　　　　*/s/ M. Hasan Siddiqui*
　　　　　　　　　　　　　　　　　　　　M. Hasan Siddiqui, Esq.

1

Approved As to Form:

DATED: October 7, 2024 at Honolulu, Hawaiʻi.



_____
Derrick K. Watson
Chief United States District Judge

---

*Slade v. Experian Information Solutions, Inc.; Self Financial, Inc. D/B/A Lead Bank*; Civil No. 24-00241 DKW-WRP; **NOTICE OF VOLUNTARY DISMISSAL AS TO SELF FINANCIAL, INC. D/B/A LEAD BANK**