M. Hasan Siddiqui
**Stein Saks, PLLC**
One University Plaza ste 620
Hackensack, NJ 07601
Ph: (201) 282-6500
hsiddiqui@steinsakslegal.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| RIMON SLADE, | |
| Plaintiff, | **Case No.: 1:24-cv-241** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; | |
| SELF FINANCIAL, INC. | **Notice of Settlement** |
| D/B/A LEAD BANK, | |
| Defendants. | |

**NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS, INC.**

Notice is hereby given that the Plaintiff and the Defendant, Experian Information

Solutions, Inc., have settled this matter.  The parties anticipate completing settlement documents

and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the

Court retain jurisdiction for these parties during said sixty (60) day period.

DATED, this 5th day of December 2024

*/s/M. Hasan Siddiqui*
M. Hasan Siddiqui

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on December 5, 2024 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


*/s/ M. Hasan Siddiqui*
M. Hasan Siddiqui