M. Hasan Siddiqui
Stein Saks, PLLC
One University Plaza
Hackensack, NJ 07601
Ph: (201) 282-6500
Hsiddiqui@steinsakslegal.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| Rimon Slade<br><br>          Plaintiff,<br><br>v.<br>Experian Information Solutions, Inc.<br>Self Financial, Inc. d/b/a Lead bank<br>          Defendants. | **CIVIL NO.** 1:24-cv-241 DKW-WRP<br><br><br>**JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Pursuant to Federal Rule of Civil Procedure, 41(a)(1)(A)(ii), Plaintiff Rimon Slade and Defendant Experian Information Solutions, Inc. ("Experian"), by and through their undersigned counsel of record, hereby stipulate that this action and all claims and defenses asserted against Experian herein be dismissed with prejudice. This Stipulation is being signed by all parties who have appeared in this action. Each party shall bear their own attorneys' fees and costs incurred herein. There are no remaining claims or parties.

DATED: Hackensack, New Jersey; January 30, 2025.

/s/ M. Hasan Siddiqui
M. HASAN SIDDIQUI
BLAKE GOODMAN

Attorneys for Plaintiff
Rimon Slade

DATED: Wailuku, Maui, Hawaii; January 30, 2025.

/s/ Deborah K. Wright
DEBORAH K. WRIGHT
DOUGLAS R. WRIGHT

Attorneys for Defendant
Experian Information Solutions, Inc.

APPROVED AS TO FORM:

DATED: Honolulu, Hawaii; January 30, 2025.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge

---

*RIMON SLADE v. EXPERIAN INFORMATION SOLUTIONS, INC., et al.*, Civil No. CV 24-241
**JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

2